IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

SYLVAIN GATINEAU,

      Appellant,

v.

      Case No.  5D22-1488
      LT Case No. 2013-CF-3223-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed November 15, 2022

Appeal from the Circuit Court
for Marion County,
Robert W. Hodges, Judge.

Sylvain Gatineau, Miami, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Bonnie Jean
Parrish, Assistant Attorney General,
Daytona Beach, for Appellee.


PER CURIAM.

     AFFIRMED.

EVANDER, WALLIS and EISNAUGLE, JJ., concur.